IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AUGUST GLEN GISCHEL            *

       Plaintiff              *

    vs.                             *   CIVIL ACTION NO. MJG-98-2746

FIDELITY BROKERAGE SERVICES,   *
INC. t/a FIDELITY INVESTMENTS
                               *

       Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

It appears that this case was settled, that the parties agreed to have the funds held by the Clerk distributed to Plaintiff's counsel, and the funds have been so distributed. Accordingly, the Motion to Disburse Funds (Paper 29-1) is DENIED AS MOOT.

SO ORDERED THIS 24th DAY OF January, 2000

_____
Marvin J. Garbis
United States District Judge

## To: Clerk - CJA Report Matter

# MEMORANDUM



CHAMBERS OF
HON. MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE
TELE: 410-962-9090
FAX: 410-962-0896

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

January 21, 2000

Re: CJA Reports - MJG-98-2746

The attached Order takes care of the outstanding motion, paper 29-1.

Please confirm that this has been taken care of and will be off the CJA list.

_____
Marvin J. Garbis
United States District Judge